# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2569
L.T. Case No. 16-2017-DR-3325

_____

RACQUEL JACKSON,

    Appellant,

    v.

COREY LUNDY,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
John Ingle Guy, Judge.

Racquel Jackson, Valdosta, GA, pro se.

No Appearance for Appellee.

November 10, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————